```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 13-00418-RNO
Robin C. Herold, Jr.                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Apr 03, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2017.
db             +Robin C. Herold,    14302 Ebaugh Road,    Stewartstown, PA 17363-8566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor   Atlantic Pacific Mortgage Corp. alubin@milsteadlaw.com
              Bass and Associates PC    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor   Atlantic Pacific Mortgage Corp.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Paul W McElrath, Jr.    on behalf of Debtor Robin C. Herold ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Robin C. Herold <br> _Debtor_ | | CHAPTER 13 |
| M&T BANK <br> _Movant_ <br> vs. | | NO. 1:13-bk-00418-RNO |
| Robin C. Herold <br> _Debtor_ | | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq. <br> _Trustee_ | | |

### **ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(DG)

Dated: April 3, 2017