```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 13-00418-RNO
Robin C. Herold, Jr.                                            Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: REshelman           Page 1 of 1           Date Rcvd: May 08, 2017
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
db             +Robin C. Herold,   14302 Ebaugh Road,   Stewartstown, PA 17363-8566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2017 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    Atlantic Pacific Mortgage Corp. alubin@milsteadlaw.com
          Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor    Atlantic Pacific Mortgage Corp.
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          Paul W McElrath, Jr.    on behalf of Debtor Robin C. Herold ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| Robin C. Herold, : | |
| : | Case No. 1:13-BK-00418-RNO |
| : | |
| Debtor, : | Chapter 13 |
| Robin C. Herold, : | |
| : | |
| Movant : | |
| : | |
| Vs. : | |
| : | |
| M & T Bank : | |
| : | |
| Respondent : | |
| Charld J. DeHart, III, Esquire : | |
| (Trustee) : | |
| Additional Respondent : | |

## ORDER

**AND NOW** upon consideration of the within MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION, it is hereby **ordered and directed** as follows:

1. The Motion to Modify the Chapter 13 Plan Post-Confirmation is GRANTED.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: May 8, 2017