```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 13-00418-RNO
Robin C. Herold                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Dec 05, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
db             +Robin C. Herold,    14302 Ebaugh Road,    Stewartstown, PA 17363-8566

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Atlantic Pacific Mortgage Corp. alubin@milsteadlaw.com
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Atlantic Pacific Mortgage Corp.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Robin C. Herold ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ROBIN C. HEROLD, JR. | : | |
| Debtor(s) | : | CASE NO. 1:13-BK-00418RNO |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 46 |
| | : | |
| vs | : | |
| ROBIN C. HEROLD, JR. | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed December 4, 2017

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee=s

MOTION TO DISMISS for material default filed on or about November 08, 2017,

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(RE)

Dated: December 5, 2017